IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-00184-DSC

| | |
|---|---|
| LEONARD NANCE AND HARTFORD CASUALTY INSURANCE COMPANY, AS SUBROGEE OF FNA POLYMER CORP., <br><br> Plaintiffs, <br><br> vs. <br><br> THOMAS R. CHAMBERS, JR., AND SOUTHWESTERN TRUCKING, INC., <br><br> Defendants. | **JUDGMENT** |

THIS CAUSE being heard by the undersigned U.S. Magistrate Judge and a jury duly impaneled during the January 13, 2014 term of Court, and the jury having answered the issues as follows:

1. Was the Plaintiff, Leonard Nance, injured by the negligence of Defendants?

ANSWER: No.

2. Did Plaintiff, Leonard Nance, by his own negligence, contribute to his injury?

ANSWER:

3. What amount is Plaintiff, Leonard Nance, entitled to recover from Defendants?

ANSWER:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. That the Plaintiffs shall have and recover nothing of the Defendants; and

2. That each party shall bear its own costs.

1

**SO ORDERED.**  Signed: January 21, 2014

David S. Cayer
United States Magistrate Judge